UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAYAVI LUJAN,

                Plaintiff,

- against -

GREATER OMEMTUM AND LAWRENCE HARLEM FOODS LLC, G.O. &B, LLC, AND COREY LAWRENCE.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 19, 2015

## ORDER OF DISMISSAL

15 Civ. 655 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, any party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk of the Court is directed to close the case.  Any pending motions are moot.

Dated:  New York, New York
         May 19, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge